CAUSE NO. 2015-22666 - 01-15-645-CV
01-15-658-CV

Prophet Ronald Dwayne Whitfield | In The 333RD
Plaintiff, |
| District Court
2 of 3 filings | of
|
V. |
| Harris County, Texas
Clear Lake Nissan, et al., |
Defendants. |

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 20 2015

CHRISTOPHER A. PHINE
CLERK

FILED
Chris Daniel
District Clerk

Time: _____
AUG 20 2015

By _____
Harris County, Texas
Deputy

## ORDER

Came on to be considered was the Motions to Strike and for imposition of Sanctions. A hearing thereafter had been convened in open court and counsels appeared in person for Defendants and Plaintiff appeared pro se. And after receiving offered and admitted evidence in support, if any, and after hearing the oral arguments made, IT IS

1) ORDERED, 2) CONSIDERED, 3) ADJUDGED, and 4) DECREED [SIC] That Plaintiff's Motions to Strike and for Sanctions as requested, IS HEREBY GRANTED.
Signed this _____ day of _____,
2015, A.D.       BY /S/ _____
                      Judge Presiding

**//AMERICREDIT**

P.O. Box 183621 USA, to have, on Jan.14, 2015, approved me
Arlington, Texas 76096-3621 which

caused Defendant Santander Consumer,

for the loan, only my petition has put into "dispute,"
in no way would Defendant Clear Lake

February 1, 2015
Reference: 901905843

+ 0535187 000022850 09AMA2 0008b807
RONALD D WHITFIELD
7522 LA SALETTE ST
HOUSTON TX 77021-6150

try to

Nissan have yet continued to ͜get me approved
for "same" loan with Americredit on )

FILED
Chris Daniel
District Clerk
Time: AUG 20 2015
By_____
Harris County, Texas
Deputy

Dear RONALD WHITFIELD,

Your application for credit was forwarded to us by CLEAR LAKE NISSAN. After careful review, we are sorry to
advise you that we cannot approve your application on the specific terms requested by the dealer at this time.
If you would like a statement of specific reasons why your application was denied, please contact us as shown
below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days
after receiving your request.

If we obtained information from a consumer reporting agency as part of our consideration of your application,
its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our
decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the
Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.
You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days
after you receive this notice. In addition, if you find that any information contained in the report you received is
inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out
about the information contained in your file (if one was used) by contacting:

Counsels Pappas and Hart,
You cannot BEAT REAL
God in NOTHING.

EQUIFAX CREDIT "Forwarded by Whom, Class?
INFORMATION SERVICES
PO BOX 740040        'Clear Lake Nissan!'"
ATLANTA, GA 30374    "And on what date?
800-555-4544          "Jan. 16, 2015!'"

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision.
Your credit score is a number that reflects the information in your consumer report. Your credit score can change,
depending on how the information in your consumer report changes.

Your credit score: 623  See MY TRUE CREDIT SCORE AS WELL.
Date: 01/16/2015
Scores range from a low of 250 to a high of 900.
Key factors provided by the consumer reporting agency that adversely affected your credit score:
14 - Length of time accounts have been established
10 - Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
08 - Too many inquiries last 12 months
33 - Proportion of loan balances to loan amounts is too high

See, this is the same date the EXHIBIT on Appeal 1
attached show the purchase date, a State Official
record and the date video was created at Big Star
Honda of me trying to get trade-in to take to Defendant
and date my Credit Union shows I debited my account for

ADVDF_001.1
:0025-00D

(margin right side, vertical): posted the next day which $300.00 to 3 of $300.00 of 3 down payment or the